## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

DON JEFFERS  
ADC #75604                                                                                                   PLAINTIFF

V.                                        NO: 4:06CV00683 GTE

MIKE BEEBE *et al.*                                                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of August, 2006.

                                                                    _/s/ Garnett Thomas Eisele_____  
                                                                    UNITED STATES DISTRICT JUDGE